UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
DEC - 8 2003
LEONARD GREEN, Clerk

Nos. 01-4105; 01-4223

1:00 cv 642

DARREL HENRY,

    Plaintiff - Appellee/Cross-Appellant,

v.

WAUSAU BUSINESS INSURANCE CO.,

    Defendant - Appellant/Cross-Appellee.

03 DEC -8 AM 9:25

FILED
JAMES BONINI
CLERK

Before: KENNEDY, GILMAN, and GIBBONS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED IN PART, REVERSED IN PART, and the case is REMANDED for further proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

_____
Leonard Green, Clerk