IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARREL HENRY,

      Plaintiff

v                                                    Civil C-1-00-642

WAUSAU BUSINESS,
         Defendant.

## ORDER

    Pursuant to the Judgment (#30) entered by the United States Court of Appeals and filed with this Court on December 8, 2003, the above styled case is hereby REINSTATED on the active docket of this Court.

    Parties are advised that this case is SCHEDULED for a Status/Scheduling Conference on January 22, 2004 at 1:30 p.m. Counsel shall submit a Joint Status Report and Proposed Scheduling Order by January 12, 2004.

    **IT IS SO ORDERED.**

                             **_____s/Herman J. Weber_____**
                             **Herman J. Weber, Senior Judge**
                             **United States District Court**