UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 01-4105: 01-4223

Filed: December 30, 2003

DARREL HENRY, Executor of the Estate of Carol J. Henry, deceased

    Plaintiff - Appellee Cross-Appellant

v.

WAUSAU BUSINESS INSURANCE COMPANY

    Defendant - Appellant Cross-Appellee

### MANDATE

Pursuant to the court's disposition that was filed 12/8/03 the mandate for this case hereby issues today.

A True Copy.

COSTS:  NO COSTS TAXED

Attest:

Filing Fee ...........$
Printing ............$

    Total ........$

_____
Deputy Clerk