IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARREL HENRY, EXECUTOR OF
THE ESTATE OF CAROL J. HENRY,
DECEASED,
         Plaintiff

v                                       Civil C-1-00-642

WAUSAU BUSINESS INSURANCE CO.,

         Defendant.

## AGREED ORDER AND JUDGMENT ENTRY

In accordance with the Sixth Circuit Court of Appeals Opinion and Judgment of December 8, 2003, this Court hereby enters summary judgment in favor of Wausau Business Insurance Company.

Parties are advised that the Conference scheduled for January 22, 2004 is CANCELLED. This matter is hereby TERMINATED from the active docket of this Court.

**IT IS SO ORDERED.**

                                        _____s/Herman J. Weber_____
                                        Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*